BRYAN J. SCHWARTZ, Bar No. 209903
RACHEL M. TERP, Bar No. 290666
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
Emails: bryan@bryanschwartzlaw.com
rachel@bryanschwartzlaw.com

*Attorneys for Plaintiffs and the Collective Class*

Todd R. Wulffson, State Bar No. 150377
twulffson@cdflaborlaw.com
Amy S. Williams, State Bar No. 228853
awilliams@cdflaborlaw.com
Nancy N. ("Niki") Lubrano, State Bar No. 263037
nlubrano@cdflaborlaw.com
Ashley A. Halberda, State Bar No. 272762
ahalberda@cdflaborlaw.com
Emily Borman, State Bar No. 303180
eborman@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, California 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669

*Attorneys for Defendant Lumenis Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPER GILLESPIE, LEIGHTON WYNTER, CHRISTOPHER CASTLE, MICHAEL CONWAY, WILLIAM SEAN DUNEGAN, SKYLER FISK, JEFF FOLZ, RANDY HILL, AND DENNIS WALSH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUMENIS INC., and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 3:17-cv-2080-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING PLAINTIFFS' MOTION FOR SETTLEMENT APPROVAL** |

Plaintiffs COOPER GILLESPIE, LEIGHTON WYNTER, CHRISTOPHER CASTLE, MICHAEL CONWAY, WILLIAM SEAN DUNEGAN, SKYLER FISK, JEFF FOLZ, RANDY HILL, AND DENNIS WALSH on behalf of themselves and the opt-in Plaintiffs, and Defendant LUMENIS INC. (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 13, 2017, Plaintiffs filed a Putative Collective Action Complaint for Damages and Restitution ("Complaint") against Defendant, alleging misclassification of its Customer Service Engineers as exempt employees. (ECF 1)

2. On May 16, 2017, Defendant filed an Answer to the Complaint. (ECF 11)

3. On July 10, 2017, the Parties filed a Joint Stipulation for Conditional Certification and Notice. (ECF 22)

4. On July 17, 2017, the Court granted conditional certification and ordered notice to proceed. (ECF 27)

5. On July 17, 2017, the Court also ordered the Parties to attempt settlement through a private alternative dispute resolution process to be conducted on September 18, 2017, with mediator Steve Rottman. (ECF 28)

6. On July 27, 2017, the Parties appeared before the Court for a Case Management Conference ("CMC"). At the CMC, the Court stayed formal discovery in anticipation of the September 18, 2017 private mediation, and set a further CMC for November 16, 2017, with a joint CMC statement to be filed no later than November 9, 2017. (ECF 32)

7. On September 18, 2017, the Parties attended a full day mediation with mediator Steve Rottman, but were unable to fully resolve their disputes at that time.

8. On October 17, 2017, the Court Ordered a continuance of the CMC, stay of formal discovery deadlines, and tolling in light of the Parties' scheduled mediation on November 15, 2017. (ECF 39)

9. On November 15, 2017, the Parties attended a second day of mediation and successfully arrived at a Memorandum of Understanding ("MOU") as to the material terms of a settlement at that time.

10. On November 17, 2017, Plaintiffs filed a Notice of Settlement with the Court. (ECF 41)

8. On November 27, 2017, the Court issued a Clerk's Notice setting a March 1, 2018 hearing date for Plaintiffs' motion for settlement approval ("Motion"). (ECF 43)

9. The Parties have been continuing to negotiate the terms of a final settlement agreement since they finalized the MOU. However, the Parties require additional time to finalize the settlement agreement and obtain a fully executed agreement given the number of signatories to the settlement agreement.

10. The Parties anticipate that Defendant will not oppose Plaintiffs' Motion.

11. The Parties stipulate that Plaintiffs will file their Motion on or before Friday, February 2, 2018, and that Plaintiffs' Motion may be heard on March 1, 2018 at 1:30p.m. in Courtroom 5 as presently scheduled. As Defendant does not anticipate any opposition to this Motion at this time, the Parties are amenable to this shortened time for hearing the Motion. The Parties require no other modifications to the briefing schedule.

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

Dated: January 25, 2018

/s/ Ashley A. Halberda
Ashley A. Halberda
CAROTHERS DISANTE &
FREUDENBERGER LLP
Attorneys for Defendant LUMENIS INC.

Dated: January 25, 2018

/s/ Rachel Terp
BRYAN J. SCHWARTZ
RACHEL M. TERP
BRYAN SCHWARTZ LAW
Attorneys for Plaintiffs

3.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: ___1/31___, 2018

   _____
   United States District Judge

Any opposition to the motion for settlement approval shall be filed by Feb. 12, 2018. No reply brief unless otherwise ordered.

4.