BRYAN SCHWARTZ LAW
BRYAN SCHWARTZ (SBN 209903)
RACHEL TERP (SBN 290666)
1330 Broadway, Suite 1630
Oakland, California 94612
Tel: (510) 444-9300
Fax: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
rachel@bryanschwartzlaw.com
*Attorneys for Plaintiffs and the Collective Class*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINA

| | |
|---|---|
| COOPER GILLESPIE, LEIGHTON WYNTER, CHRISTOPHER CASTLE, MICHAEL CONWAY, WILLIAM SEAN DUNEGAN, SKYLER FISK, JEFF FOLZ, RANDY HILL, AND DENNIS WALSH, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br><br>LUMENIS INC., and DOES 1 through 100, inclusive,<br><br>                    Defendant. | **CASE NO.: 4:17-cv-02080**<br><br>~~**[PROPOSED]**~~ **ORDER AND FINAL JUDGMENT OF DISMISSAL** |

Plaintiffs' Motion for Settlement Approval came before the Court on March 1, 2018. Based on the pleadings, papers, and arguments of counsel, and good cause appearing therefore, the Court hereby grants the Motion in full.

IT IS THEREFORE ORDERED as follows:

1.  The Court finds that the Settlement Agreement is a reasonable compromise of a *bona fide* dispute under the Fair Labor Standards Act.

2.  The Court approves attorney fees in the amount of $162,500 and costs in the amount of $17,000.

3.  The Court approves a $5,000 enhancement payment to Plaintiff Cooper Gillespie.

4.  The Court approves Legal Aid at Work as the *cy pres* recipient according to the terms of ¶ 12 of the Settlement Agreement.

5.  The Settlement Agreement is HEREBY APPROVED in accordance with the terms of this order.

6.  This Action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement. The Court retains jurisdiction with respect to the implementation and enforcement of the terms of the settlement agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 2, 2018

APPROVED

Judge Edward M. Chen

[PROPOSED] ORDER AND FINAL JUDGMENT OF DISMISSAL,
CASE NO.: 4:17-cv-02080